**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7419**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

      v.

LANCE BISHOP STEGLICH, a/k/a Robert Rock,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  James P. Jones, District Judge. (3:00-cr-00063-jpj-9)

Submitted:  December 16, 2010     Decided:  December 29, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lance Bishop Steglich, Appellant Pro Se. Ronald  Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance Bishop Steglich appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Steglich, No. 3:00-cr-00063-jpj-9 (W.D. Va. Sept. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED